FILED: April 19, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-1421

(1:18-cv-00467-TDS-LPA)

_____

SETI JOHNSON; SHAREE SMOOT; MARIE BONHOMME-DICKS; NICHELLE YARBOROUGH, on behalf of themselves and those similarily situated

        Plaintiffs - Appellants

v.

TORRE JESSUP, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles

        Defendant - Appellee

___

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:18-cv-00467-TDS-LPA |
| Date notice of appeal filed in originating court: | 04/17/2019 |
| Appellants | Seti Johnson, Sharee Smoot, Marie Bonhomme-Dicks, Nichelle Yarborough |
| Appellate Case Number | 19-1421 |
| Case Manager | Emily Borneisen<br>804-916-2704 |