# EXHIBIT A

Settlement Agreement

Attachment A: Revised Notice

Attachment A-1: Emailed version of Revised Notice

Attachment B: Special Notice

Attachment B-1: Emailed version of Special Notice

Attachment C: List of Media contacts

Attachment D: Press release

| | |
|---|---|
| SETI JOHNSON and MARIE BONHOMME-DICKS, on behalf of themselves and those similarly situated, and SHAREE SMOOT and NICHELLE YARBOROUGH, on behalf of themselves and those similarily situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TORRE JESSUP, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles,<br><br>    Defendant. | Case No. 1:18-cv-00467<br><br>(CLASS ACTION) |

## <u>SETTLEMENT AGREEMENT</u>

This Settlement Agreement ("Agreement") is entered into by and between Named Plaintiffs Seti Johnson and Marie Bonhomme-Dicks, on behalf of themselves and the "Future Revocation Class," as defined below, and Named Plaintiff Nichelle Yarborough, on behalf of herself and the "Revoked Class," and Defendant Torre Jessup, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles ("Defendant"). Plaintiffs Johnson, Bonhomme-Dicks, and Yarborough (collectively "Named Plaintiffs") and Defendant are collectively referred to as the "Parties."

The Parties, each having received the benefit, advice, and representation of legal counsel of their own choice, hereby execute and enter into this Agreement to resolve all

of the disputes, claims, and causes of action asserted in this action, subject to the recitals, terms, and conditions set forth below.

<u>**RECITALS**</u>

**WHEREAS** Named Plaintiffs Seti Johnson and Sharee Smoot filed a class-action Complaint on 30 May 2018, in the United States District Court for the Middle District of North Carolina (the "Court" or "District Court"), entitled *Johnson, et al. v. Jessup*, Civil Action No. 1:18-cv-00467 (the "Lawsuit"), against Defendant, challenging the State of North Carolina's system to revoke driver's licenses for non-payment of fines, penalties, and costs under N.C. Gen. Stat. § 20-24.1, as well as the North Carolina Division of Motor Vehicles' ("DMV") enforcement of that system, under the Fourteenth Amendment of the U.S. Constitution, and seeking declaratory and injunctive relief, as well as costs and fees; and

**WHEREAS** Named Plaintiffs Seti Johnson and Sharee Smoot filed an Amended Complaint on 7 August 2018, adding Marie Bonhomme-Dicks and Nichelle Yarborough as Named Plaintiffs; and

**WHEREAS** on 30 March 2019, the District Court granted in part Named Plaintiffs' Second Motion for Class Certification, certifying two classes: the "Revoked Class" and the "Future Revocation Class" and appointing the Southern Poverty Law Center, the ACLU of North Carolina Legal Foundation, the American Civil Liberties Union, and the Southern Coalition for Social Justice as class counsel ("Class Counsel"); and

- 2 -

**WHEREAS** the Revoked Class is defined as "[a]ll individuals whose driver's licenses were revoked by the DMV on or after 30 May 2015, due to their failure to pay fines, penalties, or court costs assessed by a court for a traffic offense, and whose driver's licenses remain so revoked." Named Plaintiffs Sharee Smoot and Nichelle Yarborough represent the Revoked Class. The Parties estimate over 150,000 people are members of the Revoked Class; and

**WHEREAS** the Future Revocation Class is defined as "[a]ll individuals whose driver's licenses will be revoked in the future by the DMV due to their failure to pay fines, penalties, or court costs assessed by a court for a traffic offense." Named Plaintiffs Seti Johnson and Marie Bonhomme-Dicks represent the Future Revocation Class; and

**WHEREAS** on 17 April 2019, Named Plaintiffs filed a timely notice of appeal to the United States Court of Appeals for the Fourth Circuit, seeking appellate review of the District Court's 31 March 2019 order that denied Named Plaintiffs' Second Motion for a Preliminary Injunction and dismissed Named Plaintiffs' Fourteenth Amendment claim under *Bearden v. Georgia*, 461 U.S. 660 (1983); and

**WHEREAS** Defendant denies any liability, fault, wrongdoing, or responsibility for any of the claims in the Lawsuit; and

**WHEREAS** while the Parties have fully briefed the appeal in the Fourth Circuit, it is the desire of the Parties to resolve all disputes as between them to dismiss the pending Fourth Circuit appeal and to settle the Lawsuit; and

- 3 -

**WHEREAS** Named Plaintiffs agree to dismiss the pending Fourth Circuit appeal against Defendant, and the Parties agree to jointly dismiss this Lawsuit, according to the terms and conditions set forth in this Agreement.

**NOW THEREFORE** in consideration of the foregoing recitals, the promises and releases set forth in this Agreement, and the Parties' mutual execution of this Agreement, the Parties agree as follows:

<u>**TERMS OF AGREEMENT**</u>

1.     <u>**The Revised Official Revocation Notice**</u>

     a.     **Termination of Current DMV Official Revocation Notice**: Within 60 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant will terminate its use and issuance of the notice form labeled DMV Form LDLSSUS00300, or any equivalent form (the "Official Notice"), which notifies individuals that the DMV order of revocation of their driver's license for non-payment of traffic fines, penalties, and costs will become effective within 60 days of the date of the Official Notice, pursuant to Section 20-24.1.

     b.     **Issuance**: Within 60 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, in the place of the Official Notice or

- 4 -

any equivalent notice, Defendant agrees to issue the Revised Official Revocation Notice (the "Revised Notice"), in the exact form attached here as Attachment A—except where this Agreement authorizes the Parties to use an amended Revised Notice in the circumstances specified in subparagraphs 1.c—to members of the Future Revocation Class. Members of the Future Revocation Class are those individuals against whom the DMV, under Section 20-24.1, has entered an order of driver's license revocation for non-payment of traffic fines, penalties, and costs that will become effective on the 60th day after the order is mailed or personally delivered to the person, which is typically 60 days from the date printed at the top right section of the Official Notice.

 i. The Revised Notice will be issued to Future Revocation Class members' last known mailing address that is on file with the DMV's record keeping system or that is otherwise provided to the DMV by Class Members or their counsel through date of the execution of this Agreement.

 ii. Defendant will also issue to any Future Revocation Class members' email address, on file with the DMV's record keeping system, a generalized version of the Revised Notice— in the exact form attached here as Attachment A-1 (including

- 5 -

the Motion for Relief from Fines, Fees and Other Monetary Obligations, AOC-CR-415 (the "Motion for Relief"))—that summarizes the steps to prevent indefinite revocations, without specifying Class members' case-specific information.

    iii. Defendant will issue the Revised Notice via mail and email to Future Revocation Class members even if, in addition to revocations for non-payment of traffic fines, penalties, and costs under Section 20-24.1, their driver's license is revoked for additional reasons unrelated to non-payment.

c. **Amendments to the Revised Notice**: Plaintiffs' counsel and Defendant agree to jointly amend, in writing, the Revised Notice to reflect any changes in North Carolina state law that are substantially material to the DMV's revocation of driver's licenses for non-payment of fines, fees, and costs, and the lifting of such revocations, including any amendments to Section 20-24.1 and Section 20-24.2, and to reflect any future changes to the text of the Revised Notice agreed to by the Parties in this Agreement, such as those in Paragraph 3.b and 4.d.

2. **The Special Revocation Notice**

a. **Issuance**: Within 60 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case,

- 6 -

pursuant to Paragraph 18 below, Defendant agrees to issue a Special Revocation Notice (the "Special Notice"), in the exact form attached here as Attachment B to members of the Revoked Class. Members of the Revoked Class are individuals whose driver's licenses were effectively indefinitely revoked, and remain indefinitely revoked, by the DMV for non-payment of traffic fines, penalties, and costs under Section 20-24.1(b) from 30 May 2015, through the date Defendant begins to issue the Revised Notice, referenced in Paragraph 1.b. above.

    i. Defendant will issue the Special Notice, Attachment B, to Revoked Class members' last known mailing address that is on file with the DMV's record keeping system or that is otherwise provided to the DMV by Class Members or their counsel through date of the execution of this Agreement.

    ii. Defendant will also issue to Revoked Class members' email address, if any, on file with the DMV's record keeping system, a generalized version of the Special Notice—in the exact form attached here as Attachment B-1 (including the Motion for Relief AOC-CR-415)——that summarizes the steps to lift indefinite revocations, without specifying Class members' case-specific information.

- 7 -

iii. Defendant will still issue the Special Notice to Revoked Class members via mail and email even if, in addition to revocations for non-payment of traffic fines, penalties, and costs under Section 20-24.1, their driver's license is indefinitely revoked for additional reasons unrelated to non-payment.

b. **Certification of Issuance of Special Notice**:  Within seven days of issuance of the Special Notice to all members of the Revoked Class, Defendant must certify in writing to Named Plaintiffs, through Class Counsel, that the DMV has completed the issuance of this Special Notice as set forth in subparagraph "a" above.

3. **Mailing of the Motion for Relief, AOC-CR-415, Upon Request**:

a. Defendant agrees that for 9 months from the date that Defendant issues the Revised and Special Notices pursuant to Paragraphs 1 and 2 of this Agreement, members of the Future Revocation Class and the Revoked Class may contact the DMV via its help desk to request that the DMV mail a blank copy of the Motion for Relief, AOC-CR-415, to them, free of charge, and that Defendant will mail, free of charge, the Motion for Relief, AOC-CR-415, to the Revoked or Future Revocation Class members who request it, at their most recent mailing address  within 7 days of receiving such a request.

- 8 -

**b.** The mailed Revised Notice, Attachment A, and the emailed Revised Notice, Attachment A-1, will notify Class Members that they may only request a mailed copy of this Motion for Relief from the DMV for the nine-month period referenced in subparagraph 3.a above.

**4. Defendant's Funding of a Help and Resources Website Related to Reinstatement of Drivers' License Suspended for Non-Payment**:

**a.** Within 14 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case, pursuant to Paragraph 18 below, Defendant agrees to remit $30,000.00 in the form of a check to the Southern Poverty Law Center (the "SPLC"), one of Plaintiffs' Class Counsel, to pay a third-party North Carolina legal advocacy organization—experienced in driver's license restoration advocacy in North Carolina—to help fund the organization's creation, monitoring, and administration of a help and resources website (the "Website") for members of the Future Revocation and the Revoked Classes. Within 14 days of such remittance, the SPLC agrees to transfer $30,000.00 to the third-party organization.

**b.** The Website will:

  i. become active no later than 45 days from the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case, pursuant to Paragraph 18 below;

- 9 -

ii. prominently display, and provide easy electronic access to, the latest version of the Motion for Relief, AOC-CR-415; and

iii. provide information, best practices, trainings, and other resource materials focused on increasing class members' ability to: complete, submit, and obtain waiver/remittance relief using the Motion for Relief, AOC-CR-415, and to thereafter resolve "failure to pay" suspensions and reinstate their driving privileges with the DMV; and

iv. not actively refer individuals to the DMV Help Desk to request that a copy of the Motion for Relief, AOC-CR-415, be mailed to those individuals' mailing address/

c. Defendant further agrees that the Revised Notice, described in Paragraph 1(b) above, will reference, and include a link to, the Website for 18 months from the date the DMV first begins to use, and issue to the Future Revocation Class, the Revised Notice, as required by Paragraph 1(b) above.

5. **Publication of the Settlement and of Rights Under Section 20-24.1(b)**

a. **Press release**: Within seven days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant will issue a press release that will announce the Agreement and its terms, including the

- 10 -

content of the Revised and Special Notices, to the print, online, radio, and any other media outlets listed in Attachment C. The press release will be materially identical to the press release attached to this Agreement as Attachment D;

b. **The DMV's website:** Within seven days of the District Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant will prominently post, for the duration of this Agreement, on the DMV's website, including on the DMV's main webpage at https://bit.ly/36TBs4q, and the DMV's "License Suspension" webpage at https://bit.ly/2UB3BHE, the following:

  i. using the language of the Revised and Special Notices, an explanation of the options under Section 20-24.1(b) to prevent or lift the indefinite revocation of a driver's license for non-payment of traffic fines, penalties, and costs (the "advisement of Section 20-24.1 rights");

  ii. the press release described in subparagraph a; and

  iii. this Agreement, with all attachments.

c. **Circulation of public postings before going live**: At least 72 hours before going "live" with these postings referenced in subparagraphs 5a. and b. above, Defendant agrees to provide Plaintiffs, through Class

- 11 -

Counsel, a mockup of the proposed postings to allow Class Counsel to review and suggest edits.

d.    **The DMV's physical offices**: Within fourteen days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant, for the duration of this Agreement, will:

   i.   post the advisement of Section 20-24.1 rights, described in paragraph 5.b.i. above, in conspicuous common public areas of the DMV headquarters in Rocky Mount, North Carolina, and all satellite DMV offices throughout the State of North Carolina;

   ii.  post the press release, described in subparagraph a, in conspicuous common public areas of the DMV headquarters in Rocky Mount, North Carolina, and all satellite DMV offices throughout the State of North Carolina; and

   iii. make and keep available, upon request, printed copies of the Agreement at all satellite DMV offices throughout the State of North Carolina.

e.    **The North Carolina Driver Handbook**: After the Court enters an order retaining limited jurisdiction to enforce this settlement and dismissing this case, pursuant to Paragraph 18 below, Defendant

- 12 -

agrees to update the 2022 version of the North Carolina Driver Handbook (the "Handbook"), and subsequent versions of the Handbook in existence and circulation for the duration of this Agreement, that are available on the North Carolina Department of Transportation's website at https://bit.ly/3fbuZp2; in print; and in any other official DMV fora, with an advisement of Section 20-24.1(b) rights, described in subparagraph 5.b.i. above, using the language of the Revised and Special Notices. Defendant further agrees to update the electronic version of the 2021 North Carolina Driver Handbook that is available on the North Carolina Department of Transportation's website at https://bit.ly/3fbuZp2, with an advisement of Section 20-24.1(b) rights, described in subparagraph 5.b.1 above, using the language of the Revised and Special Notices.

**f.** **Notice to the North Carolina Administrative Office of the Courts and the North Carolina Judicial Branch**

i. **Notice**: Within seven days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant will provide written notice to the North Carolina Administrative Office of the Courts and the North Carolina Judicial Branch that:

- 13 -

a. Defendant will issue or has issued, pursuant to this Agreement, the Revised Notice to the Future Revocation Class and the Special Notice to the Revoked Class, as set forth in Paragraphs 1 and 2 above;

b. Defendant requests the North Carolina Administrative Office of the Courts and North Carolina Judicial Branch to post the advisement of Section 20-24.1 rights, described in Paragraph 5.b.i.above, and the press release, referenced in Paragraph 5.a above, on the North Carolina Administrative Office of the Court's website, on the North Carolina Judicial Branch's website, and in conspicuous public spaces in North Carolina state district and superior court houses, such as court clerks' windows, courthouse bulletin boards, and courthouse front doors; and

c. Defendant requests the North Carolina Administrative Office of the Courts and North Carolina Judicial Branch to inform all North Carolina district and superior court judges that the Revised Notice and Special Notice have been issued to the Future Revocation Class and Revoked Class, respectively.

- 14 -

ii. **Copies of notice**: Defendant agrees to issue Plaintiffs, through Class Counsel, a copy of this notice within seven days of its delivery to the North Carolina Administrative Office of the Courts and North Carolina Judicial Branch, and to issue Plaintiffs, through Class Counsel, copies of the North Carolina Administrative Office of the Courts' and North Carolina Judicial Branch's responses to this notice, if any, within seven days of their receipt.

g. **Certification of publications**: Within 30 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant agrees to provide Class Counsel with written certification that the DMV completed the publications, and the notices to AOC and the N.C. Judicial Branch, as set forth in subsections (a)-(e) above.

6. **Training of DMV staff**:

a. Within seven days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant agrees to distribute the advisement of Section 20-24.1 rights—referenced in Paragraph 5.b.i—and this Settlement Agreement, including all attachments, to

- 15 -

all DMV staff, including staff who will implement and enforce the terms of the Agreement and respond to telephone calls on the DMV help desk line or in-person inquiries regarding driver's license revocations.

b.  Within 14 days of the Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case pursuant to Paragraph 18 below, Defendant agrees to provide training to DMV staff on the contents and terms of the Agreement, including the attached Revised Notice and Special Notice.  At least 7 days in advance of the training(s), Defendant will provide Class Counsel with any and all pre-recorded training(s), to permit Class Counsel to review and suggest edits to the training(s).

7.  **Data collection and publication:**  For the duration of the term of this Agreement, on a quarterly basis within a 12-month period (i.e., every three months) beginning from the District Court's entry of an order retaining limited jurisdiction to enforce this Agreement and dismissing this case, pursuant to Paragraph 18, the DMV shall collect, maintain, and make available to Class Counsel, via email, statistical data on the following:

a.  The total number of drivers to whom a Revised Notice was issued, by date and county;

- 16 -

**b.** The total number of drivers to whom a Special Notice was issued, by date and county;

**c.** The number of driver's license revocations for Failure to Pay that the DMV has stopped from going into effect indefinitely;

**d.** The number of driver's license revocations for Failure to Pay that the DMV has lifted by date and county;

**e.** The total number of driver's licenses that the DMV has revoked for Failure to Pay since the effective start date of this Agreement, by date and county;

**f.** The number of Revised Notices and Special Notices that are returned to the DMV as undeliverable; and

**g.** Upon Plaintiffs' request, any other data that is reasonably within Defendant's possession and that Plaintiffs, through Class Counsel, and Defendant consider relevant to monitoring driver's license revocations for non-payment in North Carolina.

**8.** **The North Carolina Task Force for Racial Equality in Criminal Justice:** Defendant agrees to support and facilitate, through the provision of relevant data to the North Carolina Task Force for Racial Equality in Criminal Justice (the "Task Force") and related entities, the Task Force's efforts to issue and/or amend proposed the administrative rules and/or regulations promulgated under N.C. Gen. Stat. § 20-24.1 and/or to amend § 20-24.1, to

- 17 -

ensure that no person within the State of North Carolina has their driver's license revoked by the DMV solely because they are unable to pay fines, penalties, and costs, and that all motorists in North Carolina know about their rights to request a hearing and relief based on their inability to pay fines, penalties, before having their licenses revoked for failure to pay.

9. **<u>Mutual Releases Contingent on Retention of Jurisdiction</u>:**

   a. **By Named Plaintiffs**:  Except for any violations that arise from a breach of this Agreement, Plaintiffs and members of the Future Revocation and Revoked Classes, on their behalf and on behalf of their successors, heirs, and assigns, upon retention of limited enforcement jurisdiction by the District Court pursuant to Paragraph 18 below, hereby release, remiss, and forever discharge Defendant and his successors, heirs, and assigns from all claims, suits, actions, charges, demands, judgments, costs, and executions, that are equitable in any manner arising out of the above-captioned litigation.

   b. **By Defendant**:  Except for violations that arise from a breach of this Agreement, Defendant, on behalf his successors, heirs, and assigns and upon retention of limited enforcement jurisdiction by the District Court pursuant to Paragraph 18 below, hereby releases, remises, and forever discharges Named Plaintiffs and members of the Future Revocation and Revoked Classes from all claims, suits, actions,

- 18 -

charges, demands, judgments, costs, and executions, known or unknown, that are equitable in any manner arising out of the above-captioned litigation.

10. **Binding Effect of Agreement:** This Agreement is enforceable by, and binding upon, any one or more of the Parties, Plaintiff class members, and their respective successor and assigns, and no other individual or entity.

11. **Specific performance**: The Parties agree that if any Party can establish that a Party did not comply with any term of this Agreement, the remedy should be specific performance.

12. **Counterparts:** This Agreement may be executed by the Parties in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument. A photocopy, scanned, or facsimile copy of any signature on this Agreement shall be considered as valid as an original signature.

13. **Severability:** If any provision of this Agreement is held to be invalid or unenforceable, all remaining provisions will continue in full force and effect.

14. **Modifications to the Agreement:** This Agreement, including the attachments hereto, is the entire, final, and complete agreement of the Parties relating to the subject of this Agreement, and supersedes and replaces all prior or existing written and oral agreements between the Parties or their representatives relating thereto. No amendment or modification of this

Agreement shall be effective unless through a written agreement signed by all Parties hereto.

15. **Duration of the Agreement:** This Agreement shall remain in effect for five years from the date of the District Court's entry of an order retaining limited jurisdiction to enforce this settlement and dismissing this case.

16. **Fees and Costs:** Each Party shall be responsible for each party's own attorneys' fees and costs in connection with the Lawsuit. The Parties waive any claim for costs or fees, with the exception of fees associated with the enforcement or defense of this Agreement.

17. **Jurisdiction:** The Parties consent and stipulate to the District Court's retention of limited jurisdiction to enforce this Settlement Agreement for five years from the date of the Court's entry of an order retaining limited jurisdiction to enforce this Settlement Agreement and dismissing this case, upon the Parties joint motion referenced in Paragraph 18.

18. **Dismissal:** The Parties agree that the Named Plaintiffs shall file a motion to dismiss their appeal against Defendant in the U.S. Court of Appeals for the Fourth Circuit within seven days of the Parties' execution of this Settlement Agreement and that the Parties shall jointly move the District Court to retain limited jurisdiction for five years to enforce this Settlement Agreement and to dismiss this case under Fed. R. Civ. P. 4l(a)(l)(A)(ii) within seven days of the Fourth Circuit's dismissal of the appeal. The District Court's retention

- 20 -

of jurisdiction to enforce this Agreement shall be a necessary precondition to its dismissal of this case in the District Court.

19. **Stay of Named Plaintiff and Future Revocation Class Representative Seti Johnson's driver's license**: Defendant agrees to stay the effective indefinite revocation of Named Plaintiff and Future Revocation Class Representative Seti Johnson's driver's license for non-payment under Section 20-24.1 until the Parties' execution of this Settlement Agreement.

20. **Notices**: Except as otherwise stated in this Agreement, any communications or notices to be provided to legal counsel for the Parties pursuant to this Agreement will be sent in writing via email and by mail, via commercial overnight delivery service, to the attention of the persons identified below (or as the signatories may subsequently direct in writing):

Class Counsel:

**MAILING ADDRESS:**
The Southern Poverty Law Center
Attn: EJP Deputy Legal Director
Re *Johnson, et al. v. Jessup*
Post Office Box 1287
Decatur, Georgia 30031

**EMAIL ADDRESS:**
EJPSettlement@splcenter.org

Defendant's Counsel:

**MAILING ADDRESS:**
NC Department of Justice
Attn: Kathryne Hathcock
Motor Vehicles Section
Post Office Box 629
Raleigh North Carolina

**MAILING ADDRESS:**
khathcock@ncdoj.gov
ndalton@ncdoj.gov

- 21 -

# SIGNATURES

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be

executed by their own signature or by their duly authorized representatives.

## NAMED PLAINTIFFS

_____ Date: _____
**Seti Johnson** (Named Plaintiff)

_____ Date: _____
**Marie Bonhomme-Dicks** (Named Plaintiff)

_____ Date: _____
**Nichelle Yarborough** (Named Plaintiff)


THE SOUTHERN POVERTY LAW CENTER

By: _____ Date: _____
Emily Early
Counsel for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

By: _____ Date: _____
Rodkangyil O. Danjuma
Counsel for Plaintiffs

SOUTHERN COALITION FOR SOCIAL
JUSTICE

By: _____ Date: _____
Jeffrey Loperfido
Counsel for Plaintiffs


**[SIGNATURES CONTINUE ON FOLLOWING PAGE]**

AMERICAN CIVIL LIBERTIES UNION OF
NORTH CAROLINA LEGAL FOUNDATION

By: _____    Date: _____
Kristi Graunke
Leah Kang
Counsel for Plaintiffs


DEFENDANT TORRE JESSUP

By: _____    Date: _____
Torre Jessup, Commissioner
N.C. Division of Motor Vehicles

NC DEPARTMENT OF JUSTICE

By: _____    Date: _____
Kathryne E. Hathcock
Neil Dalton
Counsel for Defendant

- 23 -

# EXHIBIT A

Attachment A: Revised Notice
(versions with 1-line and 2-line mailing addresses; with and without revocations of vehicle registration for passing a school bus; and with and without an option to request a paper copy of the AOC-CR-415 form from the DMV, for both North Carolina and out of state drivers)



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
06/21/2021

J. ERIC BOYETTE
SECRETARY

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                              Customer ID: 240825180661
                           Violation Date: 05/01/2021
                          Citation Number: C6958749
                              AOC File ID: AOC-FILE-9876
                                    Court: WAKE COUNTY COURT
              ------------------------------------------
              |Questions? Help? Please call:           |
              | Phone: (919)792-4300                   |
              |Please visit www.XXXXXXXXXXXX           |
              ------------------------------------------
```

YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
        ******************************************************
        *      ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
        *    to keep your license from being suspended     *
        ******************************************************
```
--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)


**VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV**



# STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will stop your suspension.

------------------------------------------------------------------------

WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
              at (919)792-4300 or visit www.XXXXXXXXXXXX.
------------------------------------------------------------------------

REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.

VEHICLE REGISTRATION STOP: A vehicle registration stop has been placed on
all vehicles registered in your name as required by NCGS 20-217(g2). This
stop withholds the registration renewal for all vehicles until compliance
for the above failure to pay is received from the court noted above.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
06/21/2021

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC   28273-7049

```
                             Customer ID: 240820054086
                          Violation Date: 04/01/2021
                         Citation Number: C3213254
                             AOC File ID: AOC-FILE12345
                                   Court: WAKE COUNTY COURT
                    ------------------------------------------
                    |Questions? Help? Please call:           |
                    | Phone: (919)792-4300                   |
                    |Please visit www.XXXXXXXXXXXX           |
                    ------------------------------------------
```

      YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                            PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
          *******************************************************
          *       ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
          *     to keep your license from being suspended     *
          *******************************************************
```
----------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
----------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


----------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
----------------------------------------------------------------------------


When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)


                 VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV

LDLSSUS00320



STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit / credit card, money
  order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will stop your suspension.
--------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended.  If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back.  If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2).  To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jT0Z4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

--------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
              at (919)792-4300 or visit www.XXXXXXXXXXXX.
--------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.

VEHICLE REGISTRATION STOP: A vehicle registration stop has been placed on
all vehicles registered in your name as required by NCGS 20-217(g2).  This
stop withholds the registration renewal for all vehicles until compliance
for the above failure to pay is received from the court noted above.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES
ROY COOPER                3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108          J. ERIC BOYETTE
GOVERNOR                              (919) 861-3099                               SECRETARY
                                      06/21/2021

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                                 Customer ID: 240825180661
                              Violation Date: 05/01/2021
                             Citation Number: C6958749
                                 AOC File ID: AOC-FILE-9876
                                       Court: WAKE COUNTY COURT
                   -------------------------------------------
                   |Questions? Help? Please call:            |
                   | Phone: (919)792-4300                    |
                   |Please visit www.XXXXXXXXXXXX            |
                   -------------------------------------------
```

```
      YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                          PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
              ******************************************************
              *       ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
              *     to keep your license from being suspended     *
              ******************************************************
--------------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


--------------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------------


When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)
```



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
ROY COOPER
GOVERNOR
## NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will stop your suspension.

---

WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

---

  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.

---

REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.



STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
ROY COOPER      NC DIVISION OF MOTOR VEHICLES      J. ERIC BOYETTE
GOVERNOR      3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108      SECRETARY
(919) 861-3099
06/21/2021

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC    28273-7049

```
                              Customer ID: 240820054086
                           Violation Date: 04/01/2021
                          Citation Number: C3213254
                              AOC File ID: AOC-FILE12345
                                    Court: WAKE COUNTY COURT
                  ----------------------------------------
                  |Questions? Help? Please call:          |
                  | Phone: (919)792-4300                  |
                  |Please visit www.XXXXXXXXXXXX           |
                  ----------------------------------------
```

YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
        ******************************************************
        *      ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
        *    to keep your license from being suspended     *
        ******************************************************
```
-----------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
-----------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan.
      you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


-----------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
-----------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)

LDLSSUS00320



## STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will stop your suspension.
----------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended.  If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back.  If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2).  To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

----------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
              at (919)792-4300 or visit www.XXXXXXXXXXXX.
----------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
ROY COOPER                    NC DIVISION OF MOTOR VEHICLES                    J. ERIC BOYETTE
GOVERNOR            3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108            SECRETARY
                              (919) 861-3099
                              06/21/2021

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                              Customer ID: 240825180661
                           Violation Date: 05/01/2021
                          Citation Number: C6958749
                              AOC File ID: AOC-FILE-9876
                                    Court: WAKE COUNTY COURT
                 -----------------------------------------
                 |Questions? Help? Please call:          |
                 | Phone: (919)792-4300                  |
                 |Please visit www.XXXXXXXXXXXX           |
                 -----------------------------------------
```

     YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                          PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
          ******************************************************
          *      ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
          *    to keep your license from being suspended     *
          ******************************************************
```
------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
   www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
 the suspension of their license. You can too!   (See next page)

LDLSSUS00320



STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit / credit card, money
  order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will stop your suspension.
------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.
------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.

VEHICLE REGISTRATION STOP: A vehicle registration stop has been placed on
all vehicles registered in your name as required by NCGS 20-217(g2). This
stop withholds the registration renewal for all vehicles until compliance
for the above failure to pay is received from the court noted above.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV



STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
06/21/2021

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC   28273-7049

```
                            Customer ID: 240820054086
                          Violation Date: 04/01/2021
                         Citation Number: C3213254
                             AOC File ID: AOC-FILE12345
                                   Court: WAKE COUNTY COURT
               -----------------------------------------
               |Questions? Help? Please call:          |
               | Phone: (919)792-4300                  |
               |Please visit www.XXXXXXXXXXXX          |
               -----------------------------------------
```

        YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                        PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
               ****************************************************
               *      ALL STEPS MUST OCCUR BEFORE 07/27/2021    *
               *    to keep your license from being suspended   *
               ****************************************************
```
-------------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
-------------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
   www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
     -> The Judge might reduce the amount you owe, give you a payment plan
        you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


-------------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
-------------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)


**VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV**

LDLSSUS00320



## STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will stop your suspension.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  For questions or more information, please call WAKE COUNTY COURT
              at (919)792-4300 or visit www.XXXXXXXXXXXX.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.

VEHICLE REGISTRATION STOP: A vehicle registration stop has been placed on
all vehicles registered in your name as required by NCGS 20-217(g2). This
stop withholds the registration renewal for all vehicles until compliance
for the above failure to pay is received from the court noted above.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES
ROY COOPER                    3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108              J. ERIC BOYETTE
  GOVERNOR                                  (919) 861-3099                                    SECRETARY
                                            06/21/2021

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                                Customer ID: 240825180661
                             Violation Date: 05/01/2021
                           Citation Number: C6958749
                               AOC File ID: AOC-FILE-9876
                                     Court: WAKE COUNTY COURT
                    ------------------------------------------
                    |Questions? Help? Please call:            |
                    | Phone: (919)792-4300                    |
                    |Please visit www.XXXXXXXXXXXX            |
                    ------------------------------------------
```

   YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                        PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
            ********************************************************
            *       ALL STEPS MUST OCCUR BEFORE 07/27/2021        *
            *     to keep your license from being suspended       *
            ********************************************************
-------------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
-------------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

   Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
    Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
    www.XXXXXXXXXXXX.
   Step 2: Go to the Clerk's Office at the above-listed court, and give the
    Clerk the Motion. Ask the Clerk for a hearing ASAP.
   Step 3: Attend the hearing (you do not need a lawyer but may use one) and
    tell the judge why you cannot afford to pay.
     -> The Judge might reduce the amount you owe, give you a payment plan
        you can afford, or waive what you owe.
   Final Step: The court will notify the DMV once you have either obtained a
    waiver of the amount owed or fully paid off your new payment amount,
    and the DMV will stop your suspension.


-------------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
-------------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
 the suspension of their license. You can too!   (See next page)

LDLSSUS00320



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
-> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
-> In person you can usually pay by cash, debit / credit card, money
order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
full, and the DMV will stop your suspension.
-------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
-> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
-> File this motion with the court and ask for a hearing for limited
driving privileges under North Carolina GS 20-24.1(f).

-------------------------------------------------------------------------
For questions or more information, please call WAKE COUNTY COURT
at (919)792-4300 or visit www.XXXXXXXXXXXX.
-------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
ROY COOPER                NC DIVISION OF MOTOR VEHICLES          J. ERIC BOYETTE
GOVERNOR           3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108        SECRETARY
                              (919) 861-3099
                              06/21/2021


BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC   28273-7049

                                        Customer ID: 240820054086
                              Violation Date: 04/01/2021
                              Citation Number: C3213254
                                 AOC File ID: AOC-FILE12345
                                       Court: WAKE COUNTY COURT
                    -----------------------------------------
                    |Questions? Help? Please call:           |
                    | Phone: (919)792-4300                   |
                    |Please visit www.XXXXXXXXXXXX            |
                    -----------------------------------------


     YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR NOT
                          PAYING THE CITATION ABOVE


You can prevent this suspension by acting NOW! Choose Option A or Option B.
          ****************************************************
          *      ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
          *    to keep your license from being suspended     *
          ****************************************************
--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
   www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------


When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)



**STATE OF NORTH CAROLINA**
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
 Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will stop your suspension.
--------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driver's license being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will
have to pay more to get it back. If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged
  an additional $50.00 fee.
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $70.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).


-------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.
-------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.



## STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
05/28/2021

J. ERIC BOYETTE
SECRETARY

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                              Customer ID: 240825180661
                            Violation Date: 05/01/2021
                           Citation Number: C6958749
                             AOC File ID: AOC-FILE-9876
                                  Court: WAKE COUNTY COURT
            -------------------------------------------
            |Questions? Help? Please call:            |
            | Phone: (919)792-4300                    |
            |Please visit www.XXXXXXXXXXXX            |
            -------------------------------------------
```

YOUR NC DRIVING PRIVILEGE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR
NOT PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
         *****************************************************
         *      ALL STEPS MUST OCCUR BEFORE 07/27/2021     *
         *    to keep your privilege from being suspended  *
         *****************************************************
```
--------------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


--------------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)

**VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV**

LDLSSUS00321



## STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit / credit card, money
  order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
 full, and the DMV will stop your suspension.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driving privilege being indefinitely suspended. If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your privilege and you will
have to pay more to get it back. If you lose your driving privilege:
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $50.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV. If you need additional information, please visit
www.XXXXXXXXXXXX.



# STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
05/28/2021

J. ERIC BOYETTE
SECRETARY

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC   28273-7049

```
                               Customer ID: 240820054086
                          Violation Date: 05/01/2021
                         Citation Number: C6958749
                             AOC File ID: AOC-FILE-9876
                                   Court: WAKE COUNTY COURT
                    -----------------------------------------
                    |Questions? Help? Please call:          |
                    | Phone: (919)792-4300                  |
                    |Please visit www.XXXXXXXXXXXX          |
                    -----------------------------------------
```

```
    YOUR NC DRIVING PRIVILEGE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR
                       NOT PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
            ********************************************************
            *      ALL STEPS MUST OCCUR BEFORE 07/27/2021     *
            *   to keep your privilege from being suspended   *
            ********************************************************
--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------

When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)
```



## STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
 full, and the DMV will stop your suspension.
--------------------------------------------------------------------------

WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driving privilege being indefinitely suspended.  If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your privilege and you will
have to pay more to get it back.  If you lose your driving privilege:
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $50.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

--------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.
--------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
ROY COOPER                3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108            J. ERIC BOYETTE
GOVERNOR                                                                            SECRETARY
(919) 861-3099
05/28/2021

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                              Customer ID: 240825180661
                           Violation Date: 05/01/2021
                          Citation Number: C6958749
                              AOC File ID: AOC-FILE-9876
                                    Court: WAKE COUNTY COURT
             ---------------------------------------
             |Questions? Help? Please call:          |
             | Phone: (919)792-4300                  |
             |Please visit www.XXXXXXXXXXXX          |
             ---------------------------------------
```

```
    YOUR NC DRIVING PRIVILEGE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR
                        NOT PAYING THE CITATION ABOVE
```

You can prevent this suspension by acting NOW! Choose Option A or Option B.
```
         ******************************************************
         *      ALL STEPS MUST OCCUR BEFORE 07/27/2021       *
         *   to keep your privilege from being suspended    *
         ******************************************************
```
------------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
------------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
   www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
     -> The Judge might reduce the amount you owe, give you a payment plan
        you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


------------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
------------------------------------------------------------------------------


When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)

LDLSSUS00321



STATE OF NORTH CAROLINA
DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will stop your suspension.
-------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driving privilege being indefinitely suspended.  If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your privilege and you will
have to pay more to get it back.  If you lose your driving privilege:
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $50.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

-------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
          at (919)792-4300 or visit www.XXXXXXXXXXXX.
-------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.



STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
ROY COOPER                 3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108        J. ERIC BOYETTE
  GOVERNOR                           (919) 861-3099                                 SECRETARY
                                       05/28/2021

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC  28273-7049

                                    Customer ID: 240820054086
                                  Violation Date: 05/01/2021
                                  Citation Number: C6958749
                                    AOC File ID: AOC-FILE-9876
                                        Court: WAKE COUNTY COURT
                         -------------------------------------------
                         |Questions? Help? Please call:            |
                         | Phone: (919)792-4300                    |
                         |Please visit www.XXXXXXXXXXXX             |
                         -------------------------------------------


   YOUR NC DRIVING PRIVILEGE IS SCHEDULED TO BE SUSPENDED ON 07/27/2021 FOR
                        NOT PAYING THE CITATION ABOVE

You can prevent this suspension by acting NOW! Choose Option A or Option B.
                *****************************************************
                *      ALL STEPS MUST OCCUR BEFORE 07/27/2021      *
                *   to keep your privilege from being suspended    *
                *****************************************************
----------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
----------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc.  For help filling out the Motion, go to
   www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.


----------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
----------------------------------------------------------------------------


When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!   (See next page)

LDLSSUS00321



STATE OF NORTH CAROLINA
DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.
Step 2: Pay the court the full amount owed.
   -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
   -> In person you can usually pay by cash, debit / credit card, money
   order, certified check, or cashier's check but confirm with the court.
Final Step: The court will notify the DMV after you pay the amount in
full, and the DMV will stop your suspension.
--------------------------------------------------------------------------
WHY DO I NEED TO ACT NOW?: All the steps must be completed by 07/27/2021 to
avoid your driving privilege being indefinitely suspended.  If you complete
all the steps by 07/27/2021, but the court does not have time to notify
DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID
THIS!

CONSEQUENCES OF NOT ACTING NOW: You will lose your privilege and you will
have to pay more to get it back.  If you lose your driving privilege:
- You can request reinstatement of your license only after you complete
  Option A or Option B.
- You must pay a reinstatement fee of $50.00. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

--------------------------------------------------------------------------
  For questions or more information, please call WAKE COUNTY COURT
            at (919)792-4300 or visit www.XXXXXXXXXXXX.
--------------------------------------------------------------------------
REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.

# EXHIBIT A

Attachment A-1: Emailed version of Revised Notice

YOUR DRIVER'S LICENSE IS SCHEDULED TO BE SUSPENDED FOR NOT PAYING A CITATION

In a few days, you will receive a letter in the mail from the DMV for each of
your pending suspensions for failure to pay.  The letter will give the
violation date, citation number, and other information about the specific
violation.  But for now, we want you to know that YOU have the power to
prevent your license being suspended! (To update the mailing address that you
have on file with DMV, please visit NC's My DMV at
https://edmv.ncdot.gov/MyDMV/MyDMVAccount/Login.)

You can prevent these suspensions by acting NOW! Choose Option A or Option B.
    ************************************************************************
    *    ALL STEPS MUST OCCUR BEFORE THE DEADLINE GIVEN IN THE LETTER    *
    *              to keep your license from being suspended             *
    ************************************************************************
--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed. You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415 (attached). Due to high
   call volumes, please call DMV at 919-715-7000 only if you want a copy of
   the form by mail. For help filling out the Motion, go to www.XXXXXXXXXXXX.

  Step 2: Go to Clerk's Office at the court in the county where the violation
   occurred, and give the Clerk the Motion. Ask the Clerk for a hearing ASAP.

  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
   -> The Judge might reduce the amount you owe, give you a payment plan
      you can afford, or waive what you owe.

  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed OR fully paid off your new payment amount,
   and the DMV will stop your suspension.

--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------
When people can pay off their ticket, they follow the steps below to stop
the suspension of their license. You can too!

  Step 1: Call the court in the county where the violation occurred to ask
   how you can pay.

  Step 2: Pay the court the full amount owed.
    -> Online you can pay by credit card at http://bit.ly/2XgQa0J.
    -> In person you can usually pay by cash, debit / credit card, money
     order, certified check, or cashier's check but confirm with the court.

  Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will stop your suspension.
--------------------------------------------------------------------------

WHY DO I NEED TO ACT NOW?: All the steps must be completed before the deadline given in the letter to avoid your driver's license being indefinitely suspended.  If you complete all the steps by that date, but the court does not have time to notify DMV, the DMV will still suspend your license. YOU CAN TAKE ACTION TO AVOID THIS!


CONSEQUENCES OF NOT ACTING NOW: You will lose your license and you will have to pay more to get it back.  If you lose your driving privilege:
- You must return your driver's license to the DMV, or you will be charged an additional $50.00 fee.
- You can request reinstatement of your license only after you complete Option A or Option B.
- You must pay a reinstatement fee. Other fees may be owed.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask the court to resolve failures to appear in court by asking the court to excuse your absence based on the reason for your failure to appear.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK? You can request limited driving privileges only if your license has been suspended or revoked only for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jT0Z4.
 -> File this motion with the court and ask for a hearing for limited driving privileges under North Carolina GS 20-24.1(f).

For questions or more information, please call the Clerk's Office of the court in the county where the violation occurred or visit www.XXXXXXXXXXXX.

REINSTATEMENT PROCEDURES:
Once you have resolved all of your pending and your outstanding suspensions, you must visit a DMV office to pay the required fees and be issued a new driver's license.  You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued by the DMV.  If you need additional information, please visit www.XXXXXXXXXXXX.


**Please Do Not Reply to this Email address. This is a notification-only email that cannot accept incoming replies.**

# EXHIBIT A

Attachment B: Special Notice
(versions with 1-line mailing and 2-line mailing addresses)



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
06/28/2021

J. ERIC BOYETTE
SECRETARY

DOMONIQUE O MATULEWICZ
PO BOX 2351
GREENSBORO NC   28054-5709

```
                                    Customer ID: 240825180661
                                 Violation Date: 07/20/2014
                                Citation Number: 0609F421
                                    AOC File ID: 2014CR 707044
                                          Court: NEW HANOVER COUNTY COURT
                     ----------------------------------------
                     |Questions? Help? Please call:         |
                     | Phone: (910)341-1111                 |
                     |Please visit www.XXXXXXXXXXXX         |
                     ----------------------------------------
```

           Your driver's license was suspended on 06/06/2015 for
                   not paying the citation above.

--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed.  You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.

--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------
When people can pay off their ticket, they follow the steps below to end
the suspension of their license. You can too!  (See next page)

LDLSSUS00302



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
NC DIVISION OF MOTOR VEHICLES
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.

Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit card, credit card, money
     order, certified check, or cashier's check but confirm with the
     court.

Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will end your suspension.

WHAT FEES DO I HAVE TO PAY TO GET MY LICENSE BACK?
Once your suspension is ended, you will have to pay the DMV a
reinstatement fee of $65.00.  If you did not give your license to the
DMV when suspended, you will also have to pay a service fee of $50.00.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

WHAT IF I AM NOT THE PERSON CHARGED WITH THE CITATION LISTED ABOVE?
Please call the Court or visit the website listed at the top of this
notice to seek to resolve the citation if you are not the person who
received the citation.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2).  To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

---------------------------------------------------------------------------
 For questions or more information, please call NEW HANOVER COUNTY COURT
             at (910)341-1111 or visit www.XXXXXXXXXXXX.
---------------------------------------------------------------------------

REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.



STATE OF NORTH CAROLINA
# DEPARTMENT OF TRANSPORTATION
## NC DIVISION OF MOTOR VEHICLES

ROY COOPER
GOVERNOR

3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099
06/28/2021

J. ERIC BOYETTE
SECRETARY

BREANN O ANTISTA
13632 NEW COLONY DR
APT 304
CHARLOTTE NC   28273-7049

```
                              Customer ID: 240820054086
                  Violation Date: 08/25/2014
                 Citation Number: 0713F818
                     AOC File ID: 2014CR 729076
                           Court: FORSYTH COUNTY COURT
           -----------------------------------------
           |Questions? Help? Please call:          |
           | Phone: (336)761-2250                  |
           |Please visit www.XXXXXXXXXXXX          |
           -----------------------------------------
```

Your driver's license was suspended on 06/05/2015 for
not paying the citation above.

------------------------------------------------------------------------
Option A: I CAN'T afford to pay now.
------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to
reduce or waive the amount owed.  You can too!

  Step 1: Fill out the Motion for Relief. AOC-CR-415. You can download the
   Motion at bit.ly/35AsMQc. Due to high call volumes, please call DMV at
   919-715-7000 only if want a copy of the motion by mail.  For help
   filling out the motion, go to www.XXXXXXXXXXXX.
  Step 2: Go to the Clerk's Office at the above-listed court, and give the
   Clerk the Motion. Ask the Clerk for a hearing ASAP.
  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
    -> The Judge might reduce the amount you owe, give you a payment plan
       you can afford, or waive what you owe.
  Final Step: The court will notify the DMV once you have either obtained a
   waiver of the amount owed or fully paid off your new payment amount,
   and the DMV will stop your suspension.

------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
------------------------------------------------------------------------
When people can pay off their ticket, they follow the steps below to end
the suspension of their license. You can too!  (See next page)



**STATE OF NORTH CAROLINA**
## DEPARTMENT OF TRANSPORTATION
**NC DIVISION OF MOTOR VEHICLES**
3108 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3108
(919) 861-3099

ROY COOPER
GOVERNOR

J. ERIC BOYETTE
SECRETARY

Step 1: Call the above-listed court to ask how you can pay.

Step 2: Pay the court the full amount owed.
  -> Online you can pay by credit card at http://bit.ly/2XgQaOJ.
  -> In person you can usually pay by cash, debit card, credit card, money
     order, certified check, or cashier's check but confirm with the
     court.

Final Step: The court will notify the DMV after you pay the amount in
  full, and the DMV will end your suspension.

WHAT FEES DO I HAVE TO PAY TO GET MY LICENSE BACK?
Once your suspension is ended, you will have to pay the DMV a
reinstatement fee of $65.00.  If you did not give your license to the
DMV when suspended, you will also have to pay a service fee of $50.00.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear for the above citation by asking
the court to excuse your absence based on the reason for your failure to
appear.

WHAT IF I AM NOT THE PERSON CHARGED WITH THE CITATION LISTED ABOVE?
Please call the Court or visit the website listed at the top of this
notice to seek to resolve the citation if you are not the person who
received the citation.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked for non-payment under NCGS 20-24.1(a)(2).  To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jTOZ4.
 -> File this motion with the court and ask for a hearing for limited
    driving privileges under North Carolina GS 20-24.1(f).

--------------------------------------------------------------------------
  For questions or more information, please call FORSYTH COUNTY COURT
            at (336)761-2250 or visit www.XXXXXXXXXXXX.
--------------------------------------------------------------------------

REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must visit
a DMV office to pay the required fees and be issued a new driver's license.
You must present proper identification and proof of age.

This letter is in addition to and does not supersede any prior order issued
by the DMV.  If you need additional information, please visit
www.XXXXXXXXXXXX.

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV

# EXHIBIT A

Attachment B-1: Emailed version of Special Notice

YOUR NC DRIVER'S LICENSE WAS SUSPENDED FOR FAILURE TO PAY A CITATION.

In a few days, you will receive a letter in the mail from the DMV for each of your outstanding suspensions for failure to pay.  The letter will give the violation date, citation number, and other information about the specific violation.  But for now, we want you to know that YOU have the power to get your license back! (To update the mailing address that you have on file with DMV, please visit NC's My DMV at https://edmv.ncdot.gov/MyDMV/MyDMVAccount/Login.)

Choose Option A OR Option B.

--------------------------------------------------------------------------
 Option A: I CAN'T afford to pay now.
--------------------------------------------------------------------------
When people have a hard time paying off tickets, they ask the court to reduce or waive the amount owed.  You can too!

  Step 1: Fill out the Motion for Relief, AOC-CR-415 (attached). Due to high
   call volumes, please call DMV at 919-715-7000 only if you want a copy of
   the form by mail. For help filling out the Motion, go to
   www.XXXXXXXXXXXX.

  Step 2: Go to the Clerk's Office of the court in the county where the
   violation occurred, and give the Motion to the Clerk. Ask the Clerk for
   a hearing ASAP.

  Step 3: Attend the hearing (you do not need a lawyer but may use one) and
   tell the judge why you cannot afford to pay.
   -> The Judge may reduce the amount you owe, give you a payment plan you
      can afford, or waive what you owe.

  Final Step: The court will notify the DMV once you have either obtained a
    waiver of the amount owed OR fully paid off your new payment amount,
    and the DMV will end your suspension.

--------------------------------------------------------------------------
Option B: I CAN afford to fully pay now.
--------------------------------------------------------------------------
When people can pay off their ticket, they follow the steps below to end the suspension of their license. You can too!


  Step 1: Call the court in the county where the violation occurred to ask
     how you can pay.

  Step 2: Pay the court the full amount owed.
    -> Online you can pay by credit card at http://bit.ly/2XgQa0J.
    -> In person you can usually pay by cash, debit card, credit card,
       money order, certified check, or cashier's check but confirm with
       the court.

  Final Step: The court will notify the DMV after you pay the amount in
   full, and the DMV will end your suspension.

WHAT FEES DO I HAVE TO PAY TO GET MY LICENSE BACK?
Once your suspension is ended, you will have to pay the DMV a
reinstatement fee.  The amount will be determined by when the citation was
issued.  If you did not give your license to the DMV when suspended, you will
also have to pay a service fee of $50.00.  Other fees may be required.

WHAT IF I MISSED MY COURT DATE, BUT WANT TO FIGHT MY TICKET?: You may ask
the court to resolve failures to appear in court by asking the court to
excuse your absence based on the reason for your failure to appear.

WHAT IF I AM NOT THE PERSON CHARGED WITH THE CITATION GIVEN IN THE LETTER?
Please call the Court or visit the website listed at the top of the letter to
seek to resolve the citation if you are not the person who received the
citation.

HOW CAN I REQUEST LIMITED DRIVING PRIVILEGES UNTIL I GET MY LICENSE BACK?
You can request limited driving privileges only if your license has been
suspended or revoked only for non-payment under NCGS 20-24.1(a)(2). To do so:
 -> Fill out an Application AOC-CR-345, found at https://bit.ly/38jT0Z4.
 -> File this motion with the court and ask for a hearing for limited driving
    privileges under North Carolina GS 20-24.1(f).

For questions or more information, please call the Clerk's Office of the
court in the county where the violation occurred or visit www.XXXXXXXXXXX.

REINSTATEMENT PROCEDURES:
Once you have resolved all of your outstanding suspensions, you must
visit a DMV office to pay the required fees and be issued a new driver's
license.  You must present proper identification and proof of age.

**Please Do Not Reply to this Email address. This is a notification-only email
that cannot accept incoming replies.**

# EXHIBIT A

Attachment C: List of Media contacts

**Newspapers:**
News & Observer (Raleigh and NC)
Winston-Salem Journal (Triad including Guilford & Forsyth)
News & Record (Triad)
Triad City Beat (Triad)
The Robesonian (Robeson)
Fayetteville Observer (Cumberland)

Asheville Citizen-Times
Associated Press
Bladen Journal
Blue Ridge Now
Carteret County News-Times
Chatham Journal
Chatham News and Record
Cherokee Scout
Courier-Tribune
Crossroads Chronicle
Davie County Enterprise-Record
Dunn Daily Record
El Norte Newspaper
Fayetteville Observer
Fayetteville Press
Four Oaks-Benson News in Review
Gaston Gazette
Goldsboro News Argus
Greensboro News and Record
Hickory Daily Record
Independent Tribune
Kernersville News
Knoxville News-Sentinel (TN)
Lake Gaston Gazette-Observer
Lincoln Times-News
Mitchell News-Journal
Montgomery Herald
Mooresville Tribune
Mount Olive Tribune
New Bern Sun Journal
News and Observer
Ocracoke Observer
Port City Daily
Reflector
Richmond County Daily Journal

Roanoke-Chowan News-Herald
Robeson Journal
Rockingham Now
Rocky Mount Telegram
Salisbury Post
Sandhills Sentinel
Shelby Star
Smoky Mountain News
Statesville Record and Landmark
Tabor-Loris Tribune
The Alleghany News
The Angier Independent
The Avery Journal-Times
The Brunswick Beacon
The Carolina Peacemaker
The Charlotte Observer
The Charlotte Post
The Clemmons Courier
The Coastland Times
The County Compass
The Daily Advance
The Daily Courier
The Daily Herald
The Daily News
The Daily Record
The Dispatch
The East Carolinian
The Elkin Tribune
The Franklin Press
The Franklin Times
The Free Press
The Graham Star
The Herald-Sun
The Highlander
The High Point Enterprise
The Laurinburg Exchange
The McDowell News
The Mountaineer
The Mt. Airy News
The Nashville Graphic
The Newport Plain Talk (TN)
The News-Journal
The News of Orange County

The News Reporter
The Observer News Enterprise
The Outer Banks Voice
The Pamlico News
The Pilot
The Rant
The Richmond Observer
The Roanoke Beacon
The Robesonian
The Roxboro Courier-Times
The Sampson Independent
The Sanford Herald
The Stanly News and Press
The State Port Pilot
The Sylva Herald
The Taylorsville Times
The Technician
The Times-News
The Transylvania Times
The Triangle Tribune
The Virginian Pilot
The Warren Record
The Wilson Times
The Yadkin Ripple
Thomasville Times
Triangle Business Journal
Tryon Daily Bulletin
Wilkes Journal-Patriot
Wilmington Star-News
Winston-Salem Journal
Yancey Common Times Journal

**Radio stations:**
HITS WMKS 100.3 (Triad)
G 105 (Triangle/Triad)
WSMW 98.7 (Triad)
102 Jamz (Triad)
WYMY 101.1 La Ley  (Triad/Triangle)
107.5 KZL (Triad)
WZFX 99.1 (Cumberland)
K 97.5
WSHA 88.9

Asheville Radio Group
Clear Channel
iHeart Media
NPR
WACB
WAGR
WBFJ
WCBT
WECR
WEEB
WENC
WFAE
WFJA
WFNC
WGBR
WHKP
WHQR
WIDU
WIFM
WIOZ
WKJV
WKML
WLOE
WLQC
WMYN
WNCA
WPTF
WPTM
WRAL
WRCG
WRQM
WSOC
WSPC
WSTS
WTIK
WTOB
WTSB
WTXY
WUNC
WWOL
WYDU

**Television:**

11 Alive (Atlanta, GA)
CBS 17
Fox 46
News 14
Spectrum News
UNC-TV
Univision
WASW
WAVY
WBIR
WBTV
WBTW (Myrtle Beach, SC)
WCCB
WCNC
WCTI
WECT
WFMY
WGHP
WGSR
WHIG
WJHL (Johnson City, TN)
WITN
WJZY
WLOS
WMBF
WNCN
WNCR
WNCT
WPDE
WRAL
WSOC
WSPA
WTKR
WTVD
WUNC
WVEC
WWAY
WXII
WXLV
WYFF (Greenville, SC)


**News Websites:**

www.aberdeentimes.com
www.bladenonline.com
www.blowingrocknews.com
www.caldwelljournal.com
www.carolinapublicpress.org
www.columbuscountynews.com
www.focusnewspaper.com
www.fuquay-varinaindependent.com
www.hcpress.com
www.islandfreepress.org
www.islandgazette.net
www.laconexionusa.com
www.lincolnherald.net
www.mountainx.com
www.ncinsider.com
www.ncpoliticalnews.com
www.nsjonline.com
www.nwobserver.com
www.peedeepost.com
www.quepasamedia.com
www.rhinotimes.com
www.tidelandnews.com
www.upandcomingweekly.com
www.wakeweekly.com


**Magazines:**
Carolina Country
Carolina Woman
Indy Week
Johnston Now
Spectacular Magazine

# EXHIBIT A

Attachment D: press release

FOR IMMEDIATE RELEASE
XXXXX, 2021

**Contact**:

Jamie Kritzer/N.C. Department of Transportation
jbkritzer@ncdot.gov/(919) 707-2669

Larry Hannan/Southern Poverty Law Center
larry.hannan@splcenter.org/(850) 661-0934

Sailor Jones/Southern Coalition for Social Justice
Sailor@scsj.org/(919) 260-5906

Dustin Chicurel-Bayard/ACLU of North Carolina
dchicurel-bayard@acluofnc.org/(919) 664-2484

Brandon Cox/American Civil Liberties Union
media@aclu.org/(804) 502-2003


**Settlement Announced in Lawsuit on Revocation of Licenses for Not Paying Traffic Court Debts**

ROCKY MOUNT, N.C. -- Over the next 60 days the North Carolina Division of Motor Vehicles (NCDMV) will be contacting by mail and email more than 185,000 drivers whose licenses were revoked for their failure to pay fines, penalties, and court costs. Those drivers will be informed in a special notice about their ability under North Carolina General Statute § 20-24.1 to have the NCDMV lift those revocations if the sentencing court finds their failure to pay was not willful and was instead due to their inability to afford the amount due. A driver may make this showing of inability to pay by filing with the sentencing court a motion for relief from fines and fees. The NC Administrative Office of the Courts has created a template motion that can be used for this purpose: Form AOC-CR-415. For a six-month period following the announcement of the settlement, the NCDMV will mail a copy of this template motion to drivers upon request.

The NCDMV has also revised the official notice it will send to drivers who will face future license revocations for failure to pay court debt. The revised notice will inform drivers that North Carolina General Statute § 20-24.1 permits them to prevent the revocation of their license by filing with the sentencing court a motion for relief from fines and fees. Previously, the NCDMV revocation notice indicated that full payment of the amount of fines, penalties and court costs due was the only option to prevent an indefinite driver's license suspension.

The NCDMV agreed to these changes as part of a settlement of a class-action lawsuit filed in May 2018 in the U.S. District Court for the Middle District of North Carolina in Greensboro by the Southern Coalition for Social Justice, the American Civil Liberties Union of North Carolina Legal Foundation, the American Civil Liberties Union Foundation and the Southern Poverty

Law Center. The written settlement agreement, including the special and revised notices, as well as an advisement of Section 20-24.1 rights, will be made available on the NCDMV's website (PUT IN HYPERLINK), and at local NCDMV offices, and the North Carolina Driver Handbook.

The NCDMV has also agreed that it will help fund a North Carolina legal advocacy organization's creation, monitoring, and administration of a help and resources website, where the public can access informational videos, written explanatories and forms, and other best practices materials on how to prevent or remove a license suspension for non-payment from their record, as well as pro bono resources that may be able to provide representation to the public to help prevent or remove suspensions for non-payment from their record. The special and revised notices will reference the website for 18 months.

Individuals with questions about the settlement or their options for lifting existing driver's license revocation orders or preventing a pending revocation order from becoming effective, may contact [insert final webpage address for Help and Resources website].