IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SETI JOHNSON, et al., on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WAYNE GOODWIN, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles,<br><br>*Defendant*. | 1:18-cv-00467-TDS-LPA |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.1(e), the appointed representatives of the Plaintiff classes, Seti Johnson, Marie Bonhomme-Dicks, and Nichelle Yarborough ("Class Representatives"), respectfully request leave for attorney Nusrat J. Choudhury to withdraw as counsel for Plaintiffs in the above captioned matter. Ms. Choudhury has ended her employment as an attorney at the American Civil Liberties Union Foundation ("ACLU"), effective January 2020. This withdrawal will not result in any prejudice, as all other attorneys of record for Plaintiffs, including counsel from the ACLU (Amreeta Mathai filed a Notice of Special Appearance with the Court on February 22, 2022), will remain the same. Therefore, the Class Representatives respectfully request the Court permit Ms. Choudhury's withdraw as counsel in this matter.

Dated: March 28, 2022	Respectfully submitted,

<u>/s/ Nusrat J. Choudhury</u>
Nusrat J. Choudhury
New York Bar No. 4538302
Roger Baldwin Foundation of ACLU, Inc.
150 N Michigan Avenue
Suite 600
Chicago, IL 60601
Tel.: (312) 201-9740 x.331
Email: nchoudhury@aclu-il.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Motion to Withdraw Appearance** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: March 28, 2022

Respectfully submitted,

/s/ Nusrat J. Choudhury
Nusrat J. Choudhury
New York Bar No. 4942249
Roger Baldwin Foundation of
ACLU, Inc.
150 N Michigan Avenue
Suite 600
Chicago, IL 60601
Tel.: (312) 201-9740 x.331
Email: nchoudhury@aclu-il.org